IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | Criminal No.: 3:18-312 |
|---|---|---|
| | ) | |
| vs. | ) | **MOTION TO EXTEND TIME TO** |
| | ) | **FILE OBJECTIONS TO THE** |
| COREY DESHAWN TAYLOR | ) | **PRESENTENCE REPORT** |

Counsel for the defendant moves the court to grant her and the defendant additional time to review the presentence report and to file any necessary objections. Objections are due on October 19, 2020. Counsel mailed the presentence report to the defendant to review. Defendant informed counsel that he placed his objections to the report to her in the mail. As of today's date, counsel has not received his response.

For the above reasons, counsel respectfully requests the court to grant an extension to October 30, 2020.

                          Respectfully submitted,

                          s/KATHERINE E. EVATT
                          Assistant Federal Public Defender
                          1901 Assembly Street, Suite 200
                          Columbia, South Carolina   29201
                          Telephone: (803) 765-5078
                          ATTORNEY ID #7044
                          E-mail Address: Kathy_Evatt@fd.org

Columbia, South Carolina
October 16, 2020